**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CORT THOMAS, as the Receiver for Carnegie Development, LLC, et al, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-00512 |
| KHUDABUKSH K. WALJI, LAW OFFICE OF K. WALJI, ESQ., P.C., LAW OFFICE OF JUSTIN GUENLEY PLLC, JUSTIN M. GUENLEY, JOYCE W. LINDAUER, JOYCE W. LINDAUER ATTORNEY, PLLC, RANDY P. MARX, THE MARX FIRM, LLC, WILLIAM V. MCMURRY, Individually and d/b/a MCMURRY LEGAL, PLLC, MCMURRY LAW, PLLC, MCMURRY & MCMURRY, LLP, STEVEN C. METZGER, METZGER LAW PLLC, and METZGER & MCDONALD, PLLC, | § | |
| Defendants. | | |

**<u>NOTICE OF RELATED CASE</u>**

This case is related to a case presently on file in the United States District Court for the Northern District of Texas, Dallas Division within the meaning of Civil Rule 3.3. The related case is: *Securities and Exchange Commission v. Timothy Barton et al.*, Civil Action No. 3:22-cv-2118-X, in the United States District Court for the Northern District of Texas, Dallas Division, filed September 23, 2022. In the related case, the Plaintiff in this case, Cort Thomas, was appointed as Receiver over certain the assets of certain defendants and entities. In the related case, Judge Starr also assumed exclusive jurisdiction over all such "Receivership Assets," which would also include the claims asserted in this case.

Respectfully submitted,

By: */s/ Charlene C. Koonce*

Charlene C. Koonce
State Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
State Bar No. 24109693
alan@brownfoxlaw.com
Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Charlene C. Koonce*
Charlene C. Koonce