**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CORT THOMAS, as the Receiver for Carnegie Development, LLC, et al,<br><br>Plaintiff,<br><br>v.<br><br>KHUDABUKSH K. WALJI, LAW OFFICE OF K. WALJI, ESQ., P.C., LAW OFFICE OF JUSTIN GUENLEY PLLC, JUSTIN M. GUENLEY, JOYCE W. LINDAUER, JOYCE W. LINDAUER ATTORNEY, PLLC, RANDY P. MARX, THE MARX FIRM, LLC, WILLIAM V. MCMURRY, Individually and d/b/a MCMURRY LEGAL, PLLC, MCMURRY LAW, PLLC, MCMURRY & MCMURRY, LLP, STEVEN C. METZGER, METZGER LAW PLLC, and METZGER & MCDONALD, PLLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:24-cv-512 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3.1(c) and 81.1(a)(4)(D), Plaintiff Cortney Thomas, in his capacity as the court-appointed Receiver, provides the following information:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal

entities that are financially interested in the outcome of the case. (Plaintiff identifies all persons and entities, including creditors, who have appeared in the Underlying Case[1] in which he was appointed, as well as the investors in each of the "Wall Entities" as described in the Complaint.)

1. 126 Villita LLC, receivership entity
2. 2999TC Acquisitions, LLC, receivership entity
3. 2999TC JMJ CMGR, LLC (Delaware), receivership entity
4. 3820 Illinois, LLC, interested party
5. Aledo TX, LLC, receivership entity
6. Adam and Reese LLP, counsel for interested party Bank of America, N.A.
7. AVG West, LLC, receivership entity
8. Badgley, Serena, interested party
9. Baker Botts, counsel for interested party Pioneer Finance, Inc.
10. Bank of America, N.A., interested party
11. Barbero, Megan, counsel for plaintiff-appellee Securities and Exchange Commission
12. Barton, Maximilien, interested party
13. Barton, Timothy, defendant-appellant
14. Baum, Nathan B., counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC
15. BEE2019, LLC, receivership entity
16. Bernstein, Keefe M., counsel for plaintiff-appellee Securities and Exchange Commission
17. BM318 LLC, receivership entity

[1] *SEC v. Barton, et al.*, 3:22-cv-02118-X, in the United States District Court for the Northern District of Texas.

18. Broadview Holdings Trust, receivership entity

19. Brown Fox PLLC, counsel for receiver Cortney C. Thomas

20. Buchanan, Lindsay L., counsel for interested party Pioneer Finance, Inc.

21. Cain & Skarnulis PLLC, counsel for interested party Serena Badgley

22. Capps, Aaron T., counsel for interested party Circle H Contractors LP

23. Capps and Associates PLLC, counsel for interested party Circle H Contractors LP

24. Carnegie Development, LLC, defendant and receivership entity

25. Carrillo, C. Alan, counsel for receiver Cortney C. Thomas

26. Chandler & Shavin PLLC, counsel for interested party Dhiraj Ramolia

27. Chandler Law PC, counsel for interested party Dhiraj Ramolia

28. Chandler, Corinna P., counsel for interested party Dhiraj Ramolia

29. Chapple, Ryan E., counsel for interested party Serena Badgley

30. Cheves, P. Kyle, counsel for interested party McCormick 101, LLC

31. Circle H Contractors LP, interested party

32. Conley, Michael A., counsel for plaintiff-appellee Securities and Exchange Commission

33. Cooke, Chris, counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

34. Curran, Thomas J., counsel for interested parties Moss & Associates, LLC and MFO Venus Development, LLC

35. D4DS LLC, receivership entity

36. D4FR LLC, receivership entity

37. D4IN, LLC (Texas), receivership entity

38. D4KL LLC, receivership entity

39. D4MC, LLC (Texas), receivership entity

40. D4OP, LLC, receivership entity

41. DeYoung, Kyle M., counsel for interested party HNGH Turtle Creek, LLC

42. DJD Land Partners, LLC, relief defendant and receivership entity

43. Edney, Michael J., counsel for defendant-appellant Timothy Barton

44. Enoch Investments LLC, receivership entity

45. Etri, James E., counsel for plaintiff-appellee Securities and Exchange Commission

46. FHC Acquisition LLC, receivership entity

47. Freda, Dominick V., counsel for plaintiff-appellee Securities and Exchange Commission

48. Fu, Haoqiang, defendant

49. Fullington, Ian E., counsel for interested parties Moss & Associates, LLC and MFO Venus Development, LLC

50. Gillespie Villas LLC, receivership entity

51. Goldmark Hospitality LLC, receivership entity

52. Heiskell, Michael P., counsel for defendant Stephen T. Wall

53. Hicks, Jr., George W., counsel for counsel for interested party HNGH Turtle Creek, LLC

54. Hill, Ezekiel L., counsel for plaintiff-appellee Securities and Exchange Commission

55. HNGH Turtle Creek, LLC, interested party

56. Holland & Knight LLP, counsel for defendant-appellant Timothy Barton

57. HR Sterling, LLC, receivership entity

58. Hunter, Renee M., counsel for intervenor United States of America.

59. Hunton Andrews Kurth LLP, counsel for defendant-appellant Timothy Barton

60. <u>Investors:</u>

1. Hong Guo
2. Yijing Wu
3. Nanjing Sun
4. Kangying Mao
5. Huaizhen Gao
6. Wanwan Li
7. Yue Xu
8. Lan Ji
9. Wei Xing
10. Wenjun Wang
11. Jie Zou
12. Jun Wang
13. Lin Li
14. Yunding Kang
15. Shuping Yang
16. ChangHua Lin
17. Pei Guan
18. Yulan Chen
19. Hairuo Yang
20. Xuegeng Gong
21. Haiming Xu
22. Aiguo Luo
23. Yi Tang
24. Xuezhen Cai
25. Jingqiu Tang
26. Qu Chen
27. Yue Zhang
28. Sun Zhang
29. Xiangdong Zhu
30. Yaohua Lin
31. Jiancheng Chen
32. Min Deng
33. Liying Mao
34. Zhongguo Feng
35. Liying Yang
36. Dan Wu
37. Ying Ding
38. Hanjiang Fu
39. Yuan Yuan
40. Hanjiang Fu
41. Hua Cai
42. Ruiling Xiao
43. Chenchen Jiang
44. Pengfei Dong
45. Xiaodong Hao
46. Xiaoquan Dai

47. Jialin Hu
48. Heng Zhang
49. Fang Ding
50. Lin Gao
51. Fei Gao
52. Qin Chu
53. Gang Xu
54. Ling Guan
55. Chao Xu
56. Weipeng He
57. Jianjin Li
58. Zhenhua Li
59. Qiao Qin
60. Ying Zhang
61. Jiaxiang Lu
62. Weijia Kong
63. Li Jang
64. Li wen Bian
65. Jun Li
66. Youhong Zhu
67. Rongping Wu
68. Yadan Liu
69. Rufeng Ding
70. Lin Zhou
71. Jinghui Ma
72. Yun Sun
73. Guoqin Zhou
74. Qiuying Li
75. Bingjie Xu
76. Shufang Luo
77. Tianqing Song
78. Ping Chen
79. Di Tang
80. Jin Wang
81. Fuqing Chen
82. Kui Wang
83. Weisi Wang
84. Yi Qu
85. Xiaomin Fan
86. Cunxiang Ji
87. Jinzhe Wu
88. Ruinian Wu
89. Wen Wu
90. Ou Jiang
91. Feng Yan
92. Mai Ye

93. Wenjuan Yin
94. Kai Tian
95. Ling Zhong
96. Sicheng Zhan
97. Yan Zhang
98. Ying Zhou
99. Jun Zeng
100. Peng Guo

61. JMJ Acquisitions LLC, receivership entity

62. JMJ Development LLC, receivership entity

63. JMJ Hospitality, LLC, receivership entity

64. JMJ VC Management, LLC, receivership entity

65. JMJAV, LLC, receivership entity

66. JMJD4, LLC (Delaware), receivership entity

67. JMR100 LLC, receivership entity

68. Johnson Vaughn & Heiskell, counsel for defendant Stephen T. Wall

69. Kane Russell Coleman & Logan PC, counsel for interested party HNGH Turtle Creek, LLC

70. Kane, John J., counsel for interested party HNGH Turtle Creek, LLC

71. Kearns, David T., counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

72. Kirkland & Ellis LLP, counsel for interested party HNGH Turtle Creek, LLC

73. Kleinsasser, Matthias, counsel for interested party Vertical Street Ventures, LLC

74. Koonce, Charlene C., counsel for receiver Cortney C. Thomas

75. Lajolla Construction Management LLC, receivership entity

76. LC Aledo TX, LLC, receivership entity

77. LDG001, LLC, relief defendant and receivership entity

78. Lesser, Joshua A., counsel for interested party Bank of America, N.A.

79. Light, Barbara, counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

80. Lynco Ventures, LLC, receivership entity

81. Mansion Apartment Homes at Marine Creek, LLC, receivership entity

82. Marine Creek SP, LLC, receivership entity

83. McCormick 101, LLC, interested party

84. MFO Venus Development, LLC, interested party

85. MO 2999TC, LLC, receivership entity

86. Moeller, Evan A., counsel for interested party Bank of America, N.A.

87. Moss & Associates, LLC, interested party

88. Munsch Hardt Kopf & Harr, P.C., counsel for interested party The Dixon Water Foundation

89. MXBA LLC, interested party

90. Nealy Cox, Erin, counsel for interested party HNGH Turtle Creek, LLC

91. Nguyen, Tina Q., counsel for interested party Pioneer Finance, Inc.

92. Norman, Brian K., counsel for interested party Southern Properties Capital, Ltd.

93. Northstar PM, LLC (Delaware), receivership entity

94. Norton Rose Fulbright US LLP, counsel for interested parties Maximilien Barton, MXBA LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

95. O’Connell, Sean B., counsel for defendant-appellant Timothy Barton

96. Orchard Farms Village LLC, receivership entity

97. Palisades-TC, LLC, interested party

98. Patton, Jonathan R., counsel for interested party Palisades-TC, LLC

99. Peckar & Abramson, counsel for interested parties Moss & Associates, LLC and MFO Venus Development, LLC

100. Perry, Deborah M., counsel for interested party The Dixon Water Foundation

101. Pioneer Finance, Inc., interested party

102. Polsinelli PC, counsel for interested party McCormick 101, LLC

103. Ramer, Samuel, counsel for interested parties Maximilien Barton, MXBA

104. LLC, and TRTX Properties LLC, and receivership entities Gillespie Villas LLC, TC Hall, L.L.C., Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, and Venus59 LLC

105. Ramolia, Dhiraj, interested party

106. Reece, David B., counsel for plaintiff-appellee Securities and Exchange Commission

107. Ridgeview Addition, LLC (Texas), receivership entity

108. Roossien, Jr., Dennis L., counsel for interested party The Dixon Water Foundation

109. Scheef & Stone, L.L.P., counsel for interested party interested party Texas Republic Bank, N.A.

110. Schurr, Patrick J., counsel for interested party interested party Texas Republic Bank, N.A.

111. Seagoville Farms, LLC, receivership entity

112. Securities and Exchange Commission, plaintiff-appellee

113. SF Rock Creek, LLC, receivership entity

114. Shamoun & Norman, LLP, counsel for interested party Southern Properties Capital, Ltd.

115. Shamoun, C. Gregory, counsel for interested party Southern Properties Capital, Ltd.

116. Shavin, Eliot Dana, counsel for interested party Dhiraj Ramolia

117. Southern Properties Capital, Ltd., interested party

118. Spector & Cox, PLLC, counsel for interested parties Tamamoi, LLC and 3820 Illinois, LLC

119. Spector, Howard Marc, counsel for interested parties Tamamoi, LLC and 3820 Illinois, LLC

120. Tamamoi, LLC, interested party

121. TC Hall, LLC, receivership entity

122. Texas Republic Bank, N.A., interested party

123. The Dixon Water Foundation, interested party

124. Thomas, Cortney C., receiver

125. Tillotson, Jeffrey M., counsel for interested party Palisades-TC, LLC

126. Tillotson Johnson & Patton, counsel for interested party Palisades-TC, LLC

127. Titan Investments LLC, a/k/a Titan 2022 Investments, LLC, receivership entity

128. TRTX Properties LLC, interested party

129. United States of America, intervenor

130. Venus59 LLC, receivership entity

131. Vertical Street Ventures, LLC, interested party

132. Villita Development, LLC

133. Villita Towers LLC, receivership entity

134. Wall, Stephen T., defendant

135. Wall007, LLC, defendant and receivership entity

136. Wall009, LLC, defendant and receivership entity

137. Wall010, LLC, defendant and receivership entity

138. Wall011, LLC, defendant and receivership entity

139. Wall012, LLC, defendant and receivership entity

140. Wall016, LLC, defendant and receivership entity

141. Wall017, LLC, defendant and receivership entity

142. Wall018, LLC, defendant and receivership entity

143. Wall019, LLC, defendant and receivership entity

144. Wells, Tim, counsel for receiver Cortney C. Thomas

145. Wielebinski, Joe, counsel for interested party Vertical Street Ventures, LLC

146. Winstead PC, counsel for interested party Vertical Street Ventures, LLC

Dated: March 4, 2024

Respectfully submitted,

By: */s/ Charlene C. Koonce*

Charlene C. Koonce
State Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
State Bar No. 24109693
alan@brownfoxlaw.com
Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*