IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CORT THOMAS, as the Receiver for Carnegie Development, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:24-CV-0512-G |
| KHUDABUKSH K. WALJI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF TRANSFER**

This case is hereby **TRANSFERRED** to the docket of **United States District Judge Brantley Starr**. All future pleadings shall subsequently be filed under case No. **3:24-CV-0512-X**.

**SO ORDERED**.

March 4, 2024.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**