# EXHIBIT C

## WALJI DISBURSEMENT SUMMARY

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 06/02/2020 | $25,000.00 | Wire | WALL007, LLC | Law Office of K. Walji, Esq. |
| 06/18/2020 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 06/26/2020 | $40,000.00 | Check | WALL009, LLC | Law Office of K. Walji, Esq. |
| 07/15/2020 | $50,000.00 | Check | WALL009, LLC | Law Office of K. Walji, Esq. |
| 07/29/2020 | $25,000.00 | Check | WALL009, LLC | Law Office of K. Walji, Esq. |
| 08/07/2020 | $50,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 02/11/2021 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 02/12/2021 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 02/18/2021 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 03/10/2021 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 03/18/2021 | $40,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 04/14/2021 | $20,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 04/23/2021 | $15,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 04/28/2021 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 05/21/2021 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 05/27/2021 | $50,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 06/18/2021 | $50,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 12/14/2021 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 12/20/2021 | $20,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 12/23/2021 | $30,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 12/31/2021 | $35,000.00 | Wire | Carnegie Development LLC | Law Office of K. Walji, Esq. |
| 01/13/2022 | $75,000.00 | Wire | Broadview Holdings | Law Office of K. Walji, Esq. |

| 01/31/2022 | $140,000.00 | Wire | JMJ VC Management | Law Office of K. Walji, Esq. |
| 02/01/2022 | $140,000.00 | Wire | JMJ VC Management | Law Office of K. Walji, Esq. |
| 06/09/2022 | $100,000.00 | Wire | Ridgeview Addition, LLC | Law Office of K. Walji, Esq. |
| **TOTAL** | **$1,105,000.00** | | | |