# EXHIBIT D

## GUENLEY DISBURSEMENT SUMMARY

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 03/05/2021 | $25,000.00 | Wire | Carnegie Development LLC | Law Office of Justin Guenley, PLLC |
| 01/25/2022 | $10,000.00 | Wire | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 02/02/2022 | $140,000.00 | Wire | JMJ VC Management | Law Office of Justin Guenley, PLLC |
| 02/22/2022 | $75,000.00 | Wire | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 03/28/2022 | $472,949.94 | Wire | LDG001, LLC | Law Office of Justin Guenley, PLLC |
| 03/17/2022 | $75,000.00 | Wire | Mansions Apartment Homes at Marine Creek, LLC | Law Office of Justin Guenley, PLLC |
| 04/20/2022 | $75,000.00 | Wire | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 05/18/2022 | $27,500.00 | Wire | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 05/19/2022 | $75,000.00 | Wire | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 06/07/2022 | $27,500.00 | Wire | Ridgeview Addition, LLC | Law Office of Justin Guenley, PLLC |
| 08/08/2022 | $10,000.00 | Check | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 08/08/2022 | $25,000.00 | Check | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 08/08/2022 | $27,500.00 | Check | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 08/23/2022 | $250,000.00 | Wire | JMJ VC Management | Law Office of Justin Guenley, PLLC |
| 08/26/2022 | $27,500.00 | Wire | JMJ VC Management | Law Office of Justin Guenley, PLLC |
| 08/26/2022 | $75,000.00 | Wire | JMJ VC Management | Law Office of Justin Guenley, PLLC |
| 09/12/2022 | $27,500.00 | Wire | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| 09/16/2022 | $75,000.00 | Wire | Broadview Holdings | Law Office of Justin Guenley, PLLC |
| **TOTAL** | **$1,520,449.94** | | | |