# EXHIBIT E

## DISBURSEMENT SUMMARY – MCMURRY

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 07/03/2019 | $5,000.00 | Check | JMJ Development LLC | McMurry & McMurry LLP |
| 08/01/2019 | $4,541.88 | Check | HR Sterling LLC | William V. McMurry |
| 08/02/2019 | $4,541.88 | Check | HR Sterling LLC | William V. McMurry |
| 08/15/2019 | $4,541.89 | DD | HR Sterling LLC | William V. McMurry |
| 08/29/2019 | $330.00 | Check | JMJ Development LLC | McMurry Law, PLLC |
| 08/29/2019 | $3,125.00 | Check | JMJ Development LLC | McMurry Law, PLLC |
| 08/30/2019 | $4,541.88 | Check | HR Sterling LLC | William V. McMurry |
| 09/03/2019 | $4,541.88 | Check | HR Sterling LLC | William V. McMurry |
| 09/12/2019 | $533.24 | Check | JMJ Development LLC | Vance McMurry |
| 09/13/2019 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 09/13/2019 | $541.89 | DD | HR Sterling LLC | William V. McMurry |
| 09/30/2019 | $541.89 | DD | HR Sterling LLC | William V. McMurry |
| 09/30/2019 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 10/03/2019 | $6,250.00 | Check | JMJ Development LLC | McMurry Law, PLLC |
| 10/16/2019 | $541.88 | DD | HR Sterling LLC | William V. McMurry |
| 10/16/2019 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 10/21/2019 | $2,623.35 | Check | JMJ Development LLC | McMurry Law, PLLC |
| 10/31/2019 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 10/31/2019 | $541.88 | DD | HR Sterling LLC | William V. McMurry |
| 11/12/2019 | $2,581.01 | Check | JMJ Development LLC | McMurry Law, PLLC |
| 11/15/2019 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 11/15/2019 | $541.88 | DD | HR Sterling LLC | William V. McMurry |
| 11/19/2019 | $2,602.18 | Check | JMJ Development LLC | McMurry Law, PLLC |
| 11/29/2019 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 11/29/2019 | $541.89 | DD | HR Sterling LLC | William V. McMurry |
| 12/06/2019 | $2,602.18 | Check | JMJ Development LLC | McMurry Law, PLLC |
| 12/13/2019 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 12/13/2019 | $541.88 | DD | HR Sterling LLC | William V. McMurry |
| 12/31/2019 | $541.88 | DD | HR Sterling LLC | William V. McMurry |
| 12/31/2019 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 01/02/2020 | $2,602.18 | Check | JMJ Development LLC | McMurry Law, PLLC |
| 01/15/2020 | $547.67 | DD | HR Sterling LLC | William V. McMurry |
| 01/15/2020 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 01/31/2020 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 01/31/2020 | $547.68 | DD | HR Sterling LLC | William V. McMurry |
| 02/14/2020 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |
| 02/14/2020 | $547.67 | DD | HR Sterling LLC | William V. McMurry |
| 02/28/2020 | $547.68 | DD | HR Sterling LLC | William V. McMurry |
| 02/28/2020 | $4,000.00 | DD | HR Sterling LLC | William V. McMurry |

| Date | Amount | Type | Payee | Signer |
|---|---|---|---|---|
| 05/15/2020 | $2,924.57 | DD | HR Sterling LLC | William V. McMurry |
| 05/29/2020 | $2,584.78 | DD | HR Sterling LLC | William V. McMurry |
| 06/15/2020 | $2,584.79 | DD | HR Sterling LLC | William V. McMurry |
| 08/21/2020 | $10,000.00 | Wire | BM318, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 03/23/2021 | $10,000.00 | Wire | Carnegie Development LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 04/26/2/2021 | $2,500.00 | Check | JMJ Development LLC | William McMurry |
| 05/18/2021 | $5,000.00 | Wire | JMJ Development LLC | Vance McMurry |
| 07/02/2021 | $5,000.00 | Wire | JMJ Development LLC | Vance McMurry |
| 07/09/2021 | $5,000.00 | Wire | HR Sterling LLC | William V. McMurry |
| 07/20/2021 | $5,000.00 | Wire | JMJ Development LLC | Vance McMurry |
| 07/20/2021 | $5,000.00 | Wire | JMJ Development LLC | Vance McMurry |
| 08/09/2021 | $4,000.00 | Wire | JMJ Development LLC | Vance McMurry |
| 09/13/2021 | $1,500.00 | Check | Goldmark Hospitality LLC | William McMurry |
| 09/16/2021 | $500.00 | Check | Goldmark Hospitality LLC | William McMurry |
| 10/06/2021 | $5,000.00 | Wire | JMJ Residential, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 10/12/2021 | $5,000.00 | Check | Goldmark Hospitality LLC | Vance McMurry |
| 10/21/2021 | $5,000.00 | Wire | Ridgeview Addition, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 10/29/2021 | $2,500.00 | Wire | Goldmark Hospitality LLC | Vance McMurry |
| 11/05/2021 | $3,000.00 | Wire | Villita Towers, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 11/09/2021 | $5,000.00 | Wire | JMJ Residential, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 11/16/2021 | $4,000.00 | Wire | JMJ Development LLC | Vance McMurry |
| 11/24/2021 | $2,500.00 | Wire | 2999TC Acquisition, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 12/02/2021 | $10,000.00 | Wire | Ridgeview Addition, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 12/23/2021 | $4,000.00 | Wire | JMJ Residential, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |

| Date | Amount | Type | Payee | Signer |
|---|---|---|---|---|
| 01/04/2022 | $4,000.00 | Check | JMJ Residential, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 01/13/2022 | $10,000.00 | Check | Broadview Holdings | Vance McMurry |
| 01/19/2022 | $15,000.00 | Check | Broadview Holdings | Vance McMurry |
| 02/15/2022 | $5,000.00 | Check | JMJ VC Management | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 02/25/2022 | $7,500.00 | Check | Broadview Holdings | Vance McMurry |
| 03/11/2022 | $5,000.00 | Check | Broadview Holdings | Vance McMurry |
| 03/21/2022 | $5,000.00 | Check | Broadview Holdings | Vance McMurry |
| 04/04/2022 | $5,000.00 | Check | Broadview Holdings | Vance McMurry |
| 04/18/2022 | $10,000.00 | Check | Broadview Holdings | Vance McMurry |
| 05/11/2022 | $15,000.00 | Check | Broadview Holdings | Vance McMurry |
| 06/03/2022 | $10,000.00 | Check | Ridgeview Addition, LLC | Angela McMurry OR William (Vance McMurry OR McMurry Law |
| 06/21/2022 | $5,000.00 | Check | D4OP LLC | Vance McMurry |
| 07/13/2022 | $10,000.00 | Check | Goldmark Hospitality LLC | Vance McMurry |
| 08/01/2022 | $10,000.00 | Check | Broadview Holdings | Vance McMurry |
| 08/17/2022 | $5,000.00 | Check | Broadview Holdings | Vance McMurry |
| 08/23/2022 | $5,000.00 | Check | Broadview Holdings | Vance McMurry |
| 09/01/2022 | $5,000.00 | Check | Broadview Holdings | Vance McMurry |
| 09/16/2022 | $10,000.00 | Check | Broadview Holdings | Vance McMurry |
| 10/17/2022 | $2,500.00 | Check | Broadview Holdings | Vance McMurry |
| **TOTAL** | **$172,078.46** | | | |