# EXHIBIT F

## DISBURSEMENT SUMMARY – THE MARX FIRM, LLC

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 07/14/2020 | $3,450.00 | Wire | 2999TC Acquisition, LLC | The Marx Firm, LLC |
| 07/14/2020 | $14,858.02 | Wire | JMJ Development LLC | The Marx Firm, LLC |
| 08/17/2020 | $10,076.00 | Check | WALL010 LLC | The Marx Firm, LLC |
| 03/18/2021 | $10,000.00 | Wire | Carnegie Development LLC | The Marx Firm, LLC |
| 03/23/2021 | $10,000.00 | Wire | Carnegie Development LLC | The Marx Firm, LLC |
| 12/23/2021 | $3,900.00 | Check | AVG West, LLC | The Marx Firm, LLC |
| 01/21/2022 | $13,405.00 | Check | Broadview Holdings | The Marx Firm, LLC |
| 03/14/2022 | $13,275.00 | Check | Broadview Holdings | The Marx Firm, LLC |
| 03/29/2022 | $19,565.00 | Check | Broadview Holdings | The Marx Firm, LLC |
| 06/06/2022 | $10,000.00 | Check | Ridgeview Addition, LLC | The Marx Firm, LLC |
| 08/01/2022 | $25,000.00 | Check | Broadview Holdings | The Marx Firm, LLC |
| 09/21/2022 | $10,000.00 | Wire | Broadview Holdings | The Marx Firm, LLC |
| **TOTAL** | **$130,124.02** | | | |