# EXHIBIT G

## /DISBURSEMENT SUMMARY - METZGER

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 05/17/2019 | $5,000.00 | Wire | JMJ Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 06/14/2019 | $5,000.00 | Wire | JMJ Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 07/09/2019 | $975.00 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 07/19/2019 | $6,250.00 | Wire | JMJ Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 08/08/2019 | $5,443.75 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 09/16/2019 | $1,951.00 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 10/09/2019 | $975.00 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 11/08/2019 | $487.50 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 12/09/2019 | $2,802.84 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 02/19/2020 | $4,000.00 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 06/09/2020 | $6,662.50 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 09/01/2020 | $9,993.75 | Wire | Carnegie Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 09/01/2020 | $4,225.00 | Wire | JMJ Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 10/07/2020 | $10,000.00 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 10/23/2020 | $7,151.75 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 01/1/2021 | $7,500.00 | Check | JMJ Development LLC | Metzger & McDonald PLLC |
| 01/28/2021 | $15,000.00 | Wire | JMJ Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 03/05/2021 | $10,000.00 | Wire | JMJ Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 03/18/2021 | $10,000.00 | Wire | JMJ Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 05/17/2021 | $10,000.00 | Check | JMJ Development LLC | Metzger Law, PLLC |
| 06/01/2021 | $20,000.00 | Check | Carnegie Development LLC | Metzger & McDonald PLLC |
| 06/17/2021 | $10,000.00 | Wire | Carnegie Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 07/01/2021 | $7,500.00 | Wire | Carnegie Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 07/27/2021 | $10,000.00 | Check | Carnegie Development LLC | Metzger & McDonald PLLC |
| 08/03/2021 | $7,500.00 | Check | JMJ Development LLC | Metzger Law, PLLC |
| 09/20/2021 | $7,500.00 | Check | JMJ Development LLC | Metzger Law, PLLC |
| 10/25/2021 | $7,500.00 | Wire | Carnegie Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 11/08/2021 | $10,000.00 | Check | Carnegie Development LLC | Metzger Law, PLLC |
| 11/24/2021 | $5,000.00 | Wire | Carnegie Development LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 03/22/2022 | $10,000.00 | Check | Broadview Holdings | Metzger Law, PLLC |
| 04/19/2022 | $10,000.00 | Check | Broadview Holdings | Metzger Law, PLLC |
| 05/03/2022 | $10,000.00 | Check | Broadview Holdings | Metzger Law, PLLC |

| 05/17/2022 | $10,000.00 | Check | Broadview Holdings | Metzger Law, PLLC |
|---|---|---|---|---|
| 06/06/2022 | $10,000.00 | Check | Ridgeview Addition LLC | Metzger and McDonald, PLLC/Metzger Law, PLLC |
| 06/22/2022 | $5,000.00 | Check | D4OP LLC | Metzger Law PLLC |
| 09/09/2022 | $8,400.00 | Check | Broadview Holdings | Metzger Law PLLC |
| 09/12/2022 | $7,500.00 | Check | Broadview Holdings | Metzger Law PLLC |
| **TOTAL** | **$279,318.09** | | | |