# EXHIBIT H

## DISBURSEMENT SUMMARY – JOYCE W. LINDAUER

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 12/31/2018 | $25,000.00 | Wire | JMJ Development, LLC | Joyce W. Lindauer Attorney, PLLC |
| 04/20/2020 | $33,500.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 04/23/2020 | $6,500.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 04/28/2020 | $6,500.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 06/18/2020 | $40,000.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 06/19/2020 | $40,000.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 08/24/2020 | $20,000.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 09/01/2020 | $11,717.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 09/01/2020 | $11,717.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 10/05/2020 | $11,717.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 10/22/2020 | $16,717.00 | Check | JMJ Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 11/10/2020 | $10,234.58 | Check | JMJ Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 11/10/2020 | $11,717.00 | Check | JMJ Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 12/23/2020 | $10,000.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 01/08/2021 | $11,750.00 | Wire | D4MC, LLC | Joyce W. Lindauer Attorney, PLLC |
| 01/19/2021 | $10,000.00 | Wire | JMJ Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 06/28/2021 | $11,750.00 | Wire | JMJ Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 06/28/2021 | $11,750.00 | Wire | D4MC, LLC | Joyce W. Lindauer Attorney, PLLC |
| 08/04/2021 | $4,967.95 | Wire | JMR100, LLC | Joyce W. Lindauer Attorney, PLLC |
| 10/12/2021 | $10,000.00 | Wire | Carnegie Development LLC | Joyce W. Lindauer Attorney, PLLC |
| 10/29/2021 | $20,000.00 | Wire | 2999TC Acquisition, LLC | Joyce W. Lindauer Attorney, PLLC |
| 11/02/2021 | $11,000.00 | Check | 2999TC Acquisition, LLC | Joyce W. Lindauer Attorney, PLLC |
| 12/13/2021 | $11,730.88 | Wire | AVG West, LLC | Joyce W. Lindauer Attorney, PLLC |
| 01/14/2022 | $80,698.50 | Check | Broadview Holdings | Joyce W. Lindauer Attorney, PLLC |
| 04/26/2022 | $35,000.00 | Check | Broadview Holdings | Joyce W. Lindauer Attorney, PLLC |
| 05/02/2022 | $15,000.00 | Check | Broadview Holdings | Joyce W. Lindauer Attorney, PLLC |
| 06/16/2022 | $1,500.00 | Check | Broadview Holdings | Joyce W. Lindauer Attorney, PLLC |
| 07/13/2022 | $10,000.00 | Check | Goldmark Hospitality LLC | Joyce W. Lindauer Attorney, PLLC |
| 08/04/2022 | $15,000.00 | Debit | Broadview Holdings | Joyce W. Lindauer Attorney, PLLC |
| 08/05/2022 | $10,000.00 | Debit | Broadview Holdings | Joyce W. Lindauer Attorney, PLLC |
| 09/21/2022 | $25,000.00 | Check | Broadview Holdings | Joyce W. Lindauer Attorney, PLLC |
| **TOTAL** | **$550,466.91** | | | |