**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CORT THOMAS, as the Receiver for Carnegie Development, LLC, et al,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:24-cv-00512-X** |
| | § | |
| **KHUDABUKSH K. WALJI, LAW OFFICE OF K. WALJI, ESQ., P.C., LAW OFFICE OF JUSTIN GUENLEY PLLC, JUSTIN M. GUENLEY, JOYCE W. LINDAUER, JOYCE W. LINDAUER ATTORNEY, PLLC, RANDY P. MARX, THE MARX FIRM, LLC, WILLIAM V. MCMURRY, Individually and d/b/a MCMURRY LEGAL, PLLC, MCMURRY LAW, PLLC, MCMURRY & MCMURRY, LLP, STEVEN C. METZGER, METZGER LAW PLLC, and METZGER & MCDONALD, PLLC,** | § | |
| | § | |
| ***Defendants.*** | § | |

**NOTICE OF APPEARANCE**

By this notice, James F. Hopper of the law firm of Brown Fox PLLC appears as counsel of record for Cort Thomas, Plaintiff in the above-captioned and numbered cause, and in his capacity as court-appointed Receiver. For the duration of the matter, please provide and serve copies of all notices and pleadings given or required to be given, and all papers served or required to be served to the following counsel at the address indicated:

James F. Hopper
Texas Bar No. 24116535
jimmy@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

Mr. Hopper is a Texas attorney in good standing, who is currently admitted to practice before the United States District Court for the Northern District of Texas.

Respectfully submitted,

By: */s/ James F. Hopper*

Charlene C. Koonce
State Bar No. 11672850
charlene@brownfoxlaw.com
James F. Hopper
State Bar No. 24116535
jimmy@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.