**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CORT THOMAS, as the Receiver for Carnegie Development, LLC, et al,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **No. 3:24-cv-00512-X** |
| **KHUDABUKSH K. WALJI, LAW OFFICE OF K. WALJI, ESQ., P.C., LAW OFFICE OF JUSTIN GUENLEY PLLC, JUSTIN M. GUENLEY, JOYCE W. LINDAUER, JOYCE W. LINDAUER ATTORNEY, PLLC, RANDY P. MARX, THE MARX FIRM, LLC, WILLIAM V. MCMURRY, Individually and d/b/a MCMURRY LEGAL, PLLC, MCMURRY LAW, PLLC, MCMURRY & MCMURRY, LLP, STEVEN C. METZGER, METZGER LAW PLLC, and METZGER & MCDONALD, PLLC,** | § | |
| ***Defendants.*** | § | |

**MOTION TO WITHDRAW AS COUNSEL FOR RECEIVER**

In accordance with Local Rule 83.12, the undersigned attorney, Timothy B. Wells of the law firm Brown Fox PLLC, files this Motion to Withdraw as Counsel requesting to be withdrawn as counsel of record in the above-styled and numbered case and respectfully shows the Court as follows:

1. Mr. Wells is leaving Brown Fox to clerk for a judge in the Northern District of Texas, Fort Worth Division, and therefore, requests to be withdrawn as counsel for Receiver Cortney C. Thomas (the "Receiver").

2. The Receiver will continue to be represented by Charlene C. Koonce and C. Alan Carrillo of Brown Fox, PLLC. Another attorney from Brown Fox, James F. Hopper, has also made

an appearance in this case and will also represent the Receiver. Pursuant to Local Rule 83.12(a) all further notices, correspondence, and pleadings should include notice to:

Charlene C. Koonce
C. Alan Carrillo
James F. Hopper
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

3. The granting of this Motion will not prejudice or delay this proceeding.

Accordingly, Timothy B. Wells respectfully asks the Court to grant this Motion and enter an order permitting him to withdraw.

Respectfully submitted,

By: */s/ Timothy B. Wells*

Charlene C. Koonce
Texas Bar 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Cortney C. Thomas, Receiver*

## CERTIFICATE OF CONFERENCE

This case has been stayed by the Court, and no counsel for any of the Defendants has appeared.

*/s/ Timothy B. Wells*
Timothy B. Wells

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Timothy B. Wells*
Timothy B. Wells