**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CORT THOMAS, as the Receiver for Carnegie Development, LLC, et al,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **KHUDABUKSH K. WALJI, LAW OFFICE OF K. WALJI, ESQ., P.C., LAW OFFICE OF JUSTIN GUENLEY PLLC, JUSTIN M. GUENLEY, JOYCE W. LINDAUER, JOYCE W. LINDAUER ATTORNEY, PLLC, RANDY P. MARX, THE MARX FIRM, LLC, WILLIAM V. MCMURRY, Individually and d/b/a MCMURRY LEGAL, PLLC, MCMURRY LAW, PLLC, MCMURRY & MCMURRY, LLP, STEVEN C. METZGER, METZGER LAW PLLC, and METZGER & MCDONALD, PLLC,** <br><br> ***Defendants*.** | **§ § § § § § § § § § § § § § § § § § § § §** | **No. 3:24-cv-00512-X** |

**ORDER GRANTING MOTION TO WITHDRAW**

Before the Court is Timothy B. Wells' Motion to Withdraw as Counsel of Record. After consideration, the Motion is **GRANTED**.

It is therefore ORDERED that Timothy B. Wells is **WITHDRAWN** as an attorney of record for Receiver Cortney C. Thomas.

IT IS SO ORDERED this ____ day of ______________, 2025.

____________________________________
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE